FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 JAN -2 PM 3:45
CLERK J. Hodge
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
BRIAN D. SWANSON and MICHELE     *
D. SWANSON,                      *
                                 *
     Plaintiffs,                 *
                                 *      CV 118-196
          v.                     *
                                 *
UNITED STATES OF AMERICA,        *
                                 *
     Defendant.                  *
```

# O R D E R

Before the Court is Defendant United States of America's motion to stay (Doc. 11) and motion to stay answer deadline (Doc. 10). On December 21, 2018, appropriations for funding the Department of Justice ("DOJ") and other Federal Government operations lapsed causing a partial government shutdown. Because the DOJ is prohibited from engaging in its duties — including litigation activities — without appropriations, see 31 U.S.C. §§ 1341(a)(1)(B), 1342, Defendant seeks a stay of this action and an extension of all deadlines. Upon due consideration, Defendant's motion to stay (Doc. 11) is **GRANTED**. Because granting Defendant's motion to stay encompasses the relief requested in its motion to stay answer deadline, Defendant's motion to stay answer deadline (Doc. 10) is **DENIED AS MOOT**. This case is hereby **STAYED** until the DOJ's funding is restored, and all pending deadlines in this

matter, if any, are extended for the same number of days as the DOJ's lapse in funding.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of January, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA