# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

BRIAN D. SWANSON and MICHELE D. SWANSON,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

CV 118-196

## ORDER

Before the Court are (1) Plaintiffs' motion for judicial notice (Doc. 17) and (2) Defendant's motion to dismiss Plaintiffs' complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (Doc. 20). This case is essentially the same as another case Plaintiff Brian D. Swanson filed in this Court, Swanson v. United States, No. 119-013, United States District Court for the Southern District of Georgia, Augusta Division ("Swanson 2019 Case"). The Court highlights the few distinctions between the cases.

First, Michele D. Swanson is named as a party to this action. (Compl., Doc. 1.) Second, this action concerns tax years 2013 and 2014 whereas the Swanson 2019 Case involved tax years 2016 and 2017. (Compare Compl., at 4-7, with Swanson 2019 Case, Compl., Doc. 1, at 4-7.) Third, the complaint seems to indicate Plaintiff

correctly filed returns for tax years 2013 and 2014 then later amended them based upon his argument that his salary is not income. (Compl., at 5-6.) Other than these differences, Plaintiff's legal theory is the same; his motion for judicial notice is the same, excluding one additional "fact" in the Swanson 2019 case; and the Government's motion to dismiss relies on the same legal principles. (Compare Docs. 1, 17, 20, with Swanson 2019 Case Docs. 1, 10, 11.) The factual differences between the two cases do not distinguish the present case from the legal analysis the Court undertook in its Order dismissing the Swanson 2019 Case. The Court need not regurgitate that analysis and hereby adopts its reasoning as set forth in Swanson v. United States, No. 119-013 (S.D. Ga. May 3, 2019) (Doc. 15).

For these reasons, **IT IS ORDERED** that Plaintiff's motion for judicial notice (Doc. 17) is **DENIED** and Defendant's motion to dismiss (Doc. 20) is **GRANTED**. The Clerk is **DIRECTED** to **TERMINATE** all pending motions and deadlines, if any, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 27TH day of September, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2